

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

5:19CR126-JGB-12

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERNEST MADRID<br><br>    Defendant. | ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- EXTENSIVE CRIMINAL HISTORY
- ALLEGED NEW OFFENSE COMMITTED WHILE ON SUPERVISION

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- ALLEGATION OF ABSCONDING
- POOR RECORD OF PERFORMANCE ON COURT SUPERVISION
- NO CURRENT SURETIES

IT IS ORDERED that defendant be detained.

DATED: 10/23/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2